Dismissed and Memorandum Opinion filed July 17, 2003









Dismissed and Memorandum Opinion filed July 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00291-CV

____________

 

RON
JACOBS AND MELISSA JACOBS, Appellants

 

V.

 

MARK
S.  SCHWEITZER, INDIVIDUALLY AND ON
BEHALF OF CHAIRS & TABLES, INC., Appellees

 



 

On Appeal from the 189th District Court

Harris
County, Texas

Trial
Court Cause No.  01-00977

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 9, 2002. On
July 11, 2003, the parties filed a joint motion to dismiss the appeal because
the case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 17, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.